# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RICHSON, | CASE NO. 1:12-cv-01456-AWI-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| RALPH M. DIAZ, | (Doc. 3) |
| Defendant. | |

Plaintiff Sean Richson, a prisoner proceeding pro se, filed this civil rights action on September 7, 2012. On September 11, 2012, the Court issued an order requiring Plaintiff to either pay the $350.00 filing fee in full or file application to proceed in forma pauperis within forty-five days. More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has submitted neither in compliance with the Court's order to do so, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.


IT IS SO ORDERED.

Dated:    November 9, 2012                                    _____

                                                                         UNITED STATES DISTRICT JUDGE

1